UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:13-cr-4 |
| v. | ) | |
| | ) | COLLIER / LEE |
| LEMEL JEROME POWELL | ) | |

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on May 17, 2013. At the hearing, defendant moved to withdraw his not guilty plea to Counts One and Two of the two-count Indictment and entered a plea of guilty to the lesser included offense of the charge in Count One, that is of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and Count 2 in exchange for the undertakings made by the government in the written plea agreement. On the basis of the record made at the hearing, I find the defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's motion to withdraw his not guilty plea to Counts One and Two of the two-count Indictment and entered a plea of guilty to the lesser included offense of the charge in Count One, that is of possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and Count 2 be accepted, the

Court adjudicate defendant guilty of the lesser included offense of the charge in Count One, that is

of possession with intent to distribute a mixture and substance containing a detectable amount of

cocaine base, also known as "crack," a Schedule II Controlled Substance, in violation of 21 U.S.C.

§§ 841(a)(1) and 841(b)(1)(C) and Count 2 , and a decision on whether to accept the plea agreement

be deferred until sentencing.  I further **RECOMMEND** defendant remain in custody until

sentencing in this matter.  Acceptance of the plea, adjudication of guilt, acceptance of the plea

agreement, and imposition of sentence are specifically reserved for the district judge.


s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE


NOTICE TO PARTIES

        You have the right to *de novo* review of the foregoing findings by the district judge.  Any
application for review must be in writing, must specify the portions of the findings or proceedings
objected to, and must be filed and served no later than fourteen days after the plea hearing.  Failure
to file objections within fourteen days constitutes a waiver of any further right to challenge the plea
of guilty in this matter.  See 28 U.S.C. §636(b).